UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 3:06-cr-336-J-33MCR

STEVE DONNELL MCCRAY
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant's Request for Sentence Reduction, or Motion to Stay Amendment 750 Proceedings Pending the Supreme Court Decision in *Dorsey/Hill* (Doc. # 76), which was filed on February 21, 2012. The Government filed a response in opposition (Doc. # 77) on February 21, 2012. The Court denies the Motion as follows.

**Discussion**

On May 10, 2007, this Court sentenced Defendant to the statutory mandatory minimum sentence that could be imposed in this case, which was 120 months of imprisonment. (Doc. # 39). As the Court has sentenced Defendant to the shortest term of imprisonment permitted by statute, Defendant is considered ineligible for relief under Amendment 750. Accordingly, a reduction of Defendant's sentence is not

authorized under 18 U.S.C. § 3582(c) and is not consistent with U.S.S.G. § 1B1.10.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED**:

Defendant's Request for Sentence Reduction, or Motion to Stay Amendment 750 Proceedings Pending the Supreme Court Decision in *Dorsey/Hill* (Doc. # 76) is **DENIED**. Defendant's sentence is not subject to reduction pursuant to the retroactive application of the amendments to U.S.S.G. § 1B1.10.

**DONE** and **ORDERED** in Jacksonville, Florida, this 17th day of July, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
Office of the Federal Defender
United States Attorney's Office
United States Probation office
Any pro se party